# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 25, 2008

Charles R. Fulbruge III
Clerk

No. 07-20391
Summary Calendar

POGO PRODUCING COMPANY, LLC

Plaintiff-Appellee

v.

KEM ANTHONY MOORE

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:06-CV-2432

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The Memorandum and Order of the District Court entered November 30, 2006, granting partial summary judgment in favor of Pogo Producing Company, LLC ("Pogo") is affirmed for essentially the same reasons given by the District Court. The Memorandum and Order of the District Court entered April 17, 2007, granting partial summary judgment in favor of Pogo and enjoining Moore is affirmed for essentially the same reasons given by the District Court. AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.